■ WILLIAM G. MADIGAN, Respondent, v CAROL L. MADIGAN, Appellant. [661 NYS2d 556] —Judgment unanimously af-

firmed without costs for reasons stated in decision at Supreme Court, Falvey, J. (Appeal from Judgment of Supreme Court, Yates County, Falvey, J.—Divorce.) Present—Pine, J. P., Lawton, Doerr, Boehm and Fallon, JJ.